IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE-YING LEE<br><br>                Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM,<br><br>                Defendant. | CIVIL ACTION<br>NO. 18-406 |

## ORDER

**AND NOW**, this 14th day of June 2018, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on July 11, 2018, at 4:00 p.m. in Room 13614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference.

3. Counsel shall consult and shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Slomsky's form Report on or before July 9, 2018.

4. Counsel shall follow Judge Slomsky's Policies and Procedures which can be found at www.paed.uscourts.gov.

                                                                 **BY THE COURT:**

                                                                 s/ Joel H. Slomsky, J.
                                                                 JOEL H. SLOMSKY, J.